# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CORPORATE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOBICELL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DOES 1 THROUGH 10 <br><br> Defendants. | Case No. 5:21-cv-0159-JWH-SPx <br><br> **CONSENT JUDGMENT BY STIPULATION** |
| MOBICELL, LLC, <br><br> Counter-Complainant, <br><br> v. <br><br> FEDEX CORPORATE SERVICES, INC. <br><br> Counter-Defendant. | |

The Court, having considered the pleadings and Stipulation for Entry of Consent Judgment, which has been executed by Plaintiff and Counter-Defendant FedEx Corporate Services, Inc., ("FedEx"), and Defendant and Counter-Complainant Mobicell, LLC, a California limited liability company ("Mobicell"), hereby **DECLARES** and **ORDERS** as follows:

1. This Court has jurisdiction over this matter.

2. All claims and causes of action asserted in this case brought by Mobicell against FedEx in its Cross-Complaint are hereby **DISMISSED with prejudice**, with the Parties to bear their respective costs, including any possible attorneys' fees and other expenses in this litigation.

3. A Consent Judgment is entered against Mobicell in the total amount of $10,000,000.00. Mobicell is to pay FedEx $2,500.00 within 30 days of entry of this Consent Judgment.

4. FedEx may not seek to enforce this Consent Judgment against any individual or entity other than Mobicell, may not seek to modify this Consent Judgment, and may not assign, sell, transfer, or in any way convey this Consent Judgment, or any of its rights to enforce this Consent Judgment in any way, to any other person or entity.

**IT IS SO ORDERED.**

DATED this 11th day of August, 2022

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE